1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LUIS ALBERTO VENEGA-MALTEZ, | 5:26-cv-00525-JAK (AGRx) |
| Petitioner, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| FERETI SEMAIA, WARDEN, et al., | |
| Respondents. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    On February 5, 2026, Luis Alberto Venega-Maltez ("Petitioner") filed a petition

2 for writ of habeas corpus ("Petition" (Dkt. 1)) seeking, *inter alia*, "immediate release

3 from immigration detention." Dkt. 1 at 24. In light of the requests made in the Petition,

4 the following briefing schedule is set:

5    On or before February 9, 2026, Respondents shall file any response to the

6 Application. If Respondents file a response, Petitioner may file a reply, not to exceed

7 ten pages, on or before February 11, 2026.

8    Upon the completion of the briefing, a determination will be made whether to

9 take the Petition under submission or to schedule a hearing.

10

11    **IT IS SO ORDERED.**

12

13 DATED: February 6, 2026

14 _____
     John A. Kronstadt
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2