UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO VENEGA-MALTEZ, <br><br> Petitioner, <br><br> v. <br><br> FERETI SEMAIA, WARDEN, et al., <br><br> Respondents. | 5:26-cv-00525-JAK (AGRx) <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

On February 5, 2026, Luis Alberto Venega-Maltez ("Petitioner") filed a petition for writ of habeas corpus ("Petition" (Dkt. 1)). On February 23, 2026, Petitioner filed an Ex Parte Motion for Temporary Restraining Order ("TRO" (Dkt. 7)). Accordingly, the following briefing schedule is set as to the TRO:

On or before February 25, 2026 at 4:00 p.m., Respondents shall file any response to the TRO. If Respondents file a response, Petitioner may file a reply, not to exceed ten pages, on or before February 27, 2026 at Noon.

Upon the completion of the briefing, a determination will be made whether to take the Petition under submission or to set a hearing.

**IT IS SO ORDERED.**

DATED: February 24, 2026

_____
John A. Kronstadt
United States District Judge