# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO VENEGA-MALTEZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN, et al.,<br><br>Respondents. | 5:26-cv-00525-JAK (AGRx)<br><br>**ORDER RE MOOTNESS OF TEMPORARY RESTRAINING ORDER** |

On February 5, 2026, Luis Alberto Venega-Maltez ("Petitioner") filed a petition for writ of habeas corpus ("Petition" (Dkt. 1)). On February 23, 2026, Petitioner filed an Ex Parte Motion for Temporary Restraining Order ("TRO" (Dkt. 7)). Among the relief sought through both the TRO and the Petition was a bond hearing within seven days of the filing of the Petition.

On February 25, 2026, Respondents filed a response to the TRO ("Response" (Dkt. 10)). It states that a bond hearing as to Petitioner is currently scheduled before an Immigration Judge on March 3, 2026. Accordingly, they argued that both the TRO and the Petition are moot. Dkt. 10.

In light of the statements made in the Response, on or before March 4, 2026, Petitioner shall file a reply brief stating his position as to whether the Petition is moot, and, if so, whether this action should be dismissed. Based on a review of Petitioner's reply, a determination will be made as to whether or not this action should be dismissed.

**IT IS SO ORDERED.**

DATED: March 2, 2026

_____
John A. Kronstadt
United States District Judge

2