1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO VENEGA-MALTEZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN, et al.,<br><br>Respondents. | 5:26-cv-00525-JAK (AGRx)<br><br>**ORDER DIRECTING PETITIONER TO FILE A SUR REPLY** |

1  On February 5, 2026, Luis Alberto Venega-Maltez ("Petitioner") filed a petition for writ of habeas corpus ("Petition" (Dkt. 1)). On February 23, 2026, Petitioner filed an Ex Parte Motion for Temporary Restraining Order ("TRO" (Dkt. 7)). On February 25, 2026, Respondents filed a response contending that, because Petitioner was scheduled to receive a bond hearing on March 3, 2026, his Petition and TRO request was moot. Dkt. 10. On March 9, 2026, Petitioner filed a reply, contending that the Petition was not moot ("Reply" (Dkt. 12)). He filed a supplement the next day, which included the custody redetermination decision by the immigration judge. ("Supplement" (Dkt. 13)). The reply and supplement raise new issues around the sufficiency of and legal standards applied in the bond hearing.

Accordingly, on or before March 13, 2026, at 4:00 PM, Respondents are directed to file a sur-reply. The sur-reply shall address the issues raised in the Reply and Supplement, including as to what burden of proof the immigration judge applied, and on which party. On or before March 16, at 2:00 PM, Petitioner may file any reply to the sur-reply.

**IT IS SO ORDERED.**

DATED: March 11, 2026

_____
John A. Kronstadt
United States District Judge

2