UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO VENEGA-MALTEZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, WARDEN, et al.,<br><br>Respondents. | 5:26-cv-00525-JAK (AGRx)<br><br>**SUPERCEDING ORDER DIRECTING RESPONDENTS TO FILE A SUR REPLY** |

This Order supersedes the Order issued in this action on March 11, 2026. Dkt. 14.

On February 5, 2026, Luis Alberto Venega-Maltez ("Petitioner") filed a petition for writ of habeas corpus ("Petition" (Dkt. 1)). On February 23, 2026, Petitioner filed an Ex Parte Motion for Temporary Restraining Order ("TRO" (Dkt. 7)). On February 25, 2026, Respondents filed a response contending that, because Petitioner was scheduled to receive a bond hearing on March 3, 2026, his Petition and TRO request was moot. Dkt. 10. On March 9, 2026, Petitioner filed a reply, contending that the Petition was not moot ("Reply" (Dkt. 12)). He filed a supplement the next day, which included the custody redetermination decision by the immigration judge. ("Supplement" (Dkt. 13)). The reply and supplement raise new issues.

Accordingly, on or before March 13, 2026, at 4:00 PM, Respondents are directed to file a sur-reply. The sur-reply shall address the issues raised in the Reply and Supplement, including as to what burden of proof the immigration judge applied, and on which party. On or before March 16, at 2:00 PM, Petitioner may file a response to the sur-reply.

**IT IS SO ORDERED.**

DATED: March 12, 2026

_____
John A. Kronstadt
United States District Judge